FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOUSTON SPECIALTY INSURANCE COMPANY, a Texas Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>HEAVY METAL CARPORTS LLC, a Washington entity; and DOES 1–20, inclusive,<br><br>    Defendants. | No. 4:24-CV-05159-SAB<br><br>**ORDER GRANTING SUBSTITUTION OF PARTY** |

Before the Court is the parties' Stipulated Motion for Substitution of Party in Interest, ECF No. 15. Plaintiff is represented by Jeffrey Tindal and Linda Wendell Hsu. Defendant Heavy Metal Carports LLC ("Heavy Metal") is represented by Paul Mockford. Nicholas A. Thede and Scott A. MacLaren are appearing on behalf of Dionicio Hernandez Villanueva, who is the subject party of the instant Motion.

The parties ask to substitute Mr. Villanueva for Heavy Metal because Mr. Villanueva "is now the real party in interest with respect to the issues raised in this lawsuit." Good cause exists to grant the motion. *See* Fed. R. Civ. P. 25(c).

//

//

//

**ORDER GRANTING SUBSTITUTION OF PARTY #1**

Accordingly, **IT IS ORDERED**:

1. Defendant Dionicio Hernandez Villanueva is **SUBSTITUTED** for Defendant Heavy Metal Carports LLC. The Clerk of Court is directed to amend the caption of this action to reflect this substitution.

2. Paul Mockford is **TERMINATED** as counsel of record.

3. **Counsel for Defendant Dionicio Hernandez Villanueva shall file Notices of Appearances within ten (10) days of this order.**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 18th day of June 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER GRANTING SUBSTITUTION OF PARTY #2**