AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 10, 2025**

SEAN F. McAVOY, CLERK

HOUSTON SPECIALTY INSURANCE COMPANY,

*Plaintiff*

v.

DIONICIO HERNANDEZ VILLANUEVA,

*Defendant*

Civil Action No. 4:24-CV-05159-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 23, is GRANTED. Defendant's motion for Partial Summary Judgment, ECF No. 27, is DENIED. Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A Bastian

Date: 12/10/2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*